## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ADAM MACK, | ) | Chapter 7 |
| | ) | Case No. 14-20965 |
| | ) | |
| Debtor | ) | |

## WITHDRAWAL OF AMENDED ORDER

NOW COMES the Debtor, Adam Mack, by and through the undersigned Counsel, and respectfully withdraws his Amended Order Stripping Liens, and replaces it with the original Order, providing for the Strip Off of the LaPoint Lumber lien.

Dated at Portland, Maine, this 18th day of June 2015.

LAW OFFICE OF J. SCOTT LOGAN, LLC

By: /s/ J. Scott Logan
J. Scott Logan, Esq.
Counsel for Debtors
75 Pearl Street, Ste. 211
Portland, Maine 04101
(207) 699-1314

## CERTIFICATE OF SERVICE

I, J. Scott Logan, Esq., do hereby certify that I have this day caused notice the within withdrawal and original order to be given this 18th day of June 2015.

Notice will be electronically mailed to:

Stanley Greenberg, Esq.
Richard Goldman, Esq.

By: /s/ J. Scott Logan
J. Scott Logan, Esq.
Counsel for Debtors
75 Pearl Street, Ste. 211
Portland, Maine 04101
(207) 699-1314