6/18/15 8:16PM

B6C (Official Form 6C) (4/13)

In re   **Adam Lewis Mack**                                      ,   Case No.   **14-20965**
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                    $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                             *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| residence located at 86 Vannah Avenue Portland ME 04103; assessed at $244,100 | Me. Rev. Stat. Ann. tit. 14, § 4422(1)(A) | 47,500.00 | 173,300.00 |
| transferred to JSK Properties LLC | Me. Rev. Stat. Ann. tit. 14, § 4422(15) | 50.00 | |
| **Cash on Hand** | | | |
| cash | Me. Rev. Stat. Ann. tit. 14, § 4422(15) | 150.00 | 200.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Evergreen Credit Union checking account i/n/o Cumberland Lumber- holding $230 of Debtor's wages | Me. Rev. Stat. Ann. tit. 14, § 4422(15) | 200.00 | 230.00 |
| **Household Goods and Furnishings** | | | |
| household goods | Me. Rev. Stat. Ann. tit. 14, § 4422(3) | 2,000.00 | 2,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| books, souvenirs | Me. Rev. Stat. Ann. tit. 14, § 4422(3) | 50.00 | 50.00 |
| **Wearing Apparel** | | | |
| clothing | Me. Rev. Stat. Ann. tit. 14, § 4422(3) | 190.00 | 190.00 |
| **Furs and Jewelry** | | | |
| watch, tie pins, cuff links | Me. Rev. Stat. Ann. tit. 14, § 4422(4) | 750.00 | 350.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Maine State Retirement pension | Me. Rev. Stat. Ann. tit. 14, § 4422(13)(E) | 5,500.00 | 5,500.00 |
| | Me. Rev. Stat. Ann. tit. 14, § 4422(13)(F) | 100% | |
| | Me. Rev. Stat. Ann. tit. 3, § 703; Me. Rev. Stat. Ann. tit. 4, § 1203; Me. Rev. Stat. Ann. tit. 5, § 17054 | 100% | |
| | 11 U.S.C. § 522(b)(3)(C) | 100% | |

                                                        Total:   **72,890.00**   **181,820.00**

  **0**  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

6/18/15 8:16PM

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Maine

In re   **Adam Lewis Mack**                                        Case No.   **14-20965**
                        Debtor(s)                                   Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __38__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June 18, 2015**                       Signature   **/s/ Adam Lewis Mack**
                                                          **Adam Lewis Mack**
                                                          Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.